### EDGAR JONES v. THE STATE.

No. 5905.     Decided October 20, 1920.

**Theft—Practice on Appeal—Legal Presumption.**

In the absence of a statement of facts and a bill of exceptions, the presumption must be indulged that the evidence supports the verdict and that the proceedings were regular, there being a good indictment.

Appeal from the County Court at Law, Harris County. Tried below before the Honorable Roy F. Campbell.

Appeal from a conviction of theft; penalty, six months confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

MORROW, JUDGE.—The conviction is for theft, and punishment fixed at confinement in the county jail for six months. The indictment appears regular. The absence of bill of exceptions or statement of facts precludes an inquiry into the sufficiency of the evidence or the manner of trial. In the absence of statement of facts or bills of exception, the presumption must be indulged that the evidence supports the verdict, and that the proceedings were regular.

The judgment is affirmed.

*Affirmed.*